**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RENEE YOUNG, MELODY DIGREGORIO, AND PAULA DUDLEY, On Behalf of Themselves and All Others Similarly Situated, <br><br> Plaintiffs, <br><br> vs. <br><br> PLATINUM US DISTRIBUTION, INC., DBA WELLNX LIFE SCIENCES USA, a Delaware corporation, <br><br> Defendant. | Case No. 3:16-CV-06522-VC <br><br> [~~PROPOSED~~] **ORDER GRANTING JOINT REQUEST FOR DISMISSAL** <br><br> Judge: Hon. Vince Chhabria |

Having considered the Parties' Joint Request for Dismissal and good cause appearing,

IT IS HEREBY ORDERED that Plaintiffs' individual claims against Defendant in this matter are dismissed with prejudice. Plaintiffs' class claims are dismissed without prejudice and without classwide notice.

DATED: October 11, 2017

_____
HON. VINCE CHHABRIA
UNITED STATES DISTRICT COURT JUDGE

ORDER GRANTING JOINT REQUEST FOR DISMISSAL—CASE NO. 16—CV-06522-VC